[No. 13852-2-II.   Division Two.   March 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS DEAN DUNCAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 244147RO30, Karen L. Strombom, J., entered April 9, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 14236-8-II.   Division Two.   March 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHY STERLING, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00664-1, James D. Roper, J., entered September 6, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 10946-1-III.   Division Three.   March 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS MEDRANO GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00265-4, Michael W. Leavitt, J., entered June 15, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.